THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STOCKYARDS COMPANY, Relator, v. MARTIN SAXE and Others, Constituting the STATE TAX COMMISSION, and the STATE TAX COMMISSION, Respondents.—

Determination unanimously confirmed, with fifty dollars costs and disbursements.